IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DONEY MATHIS,

    Plaintiff,

v.

GEORGIA STATE PRISON; GEORGIA STATE PRISON MENTAL HEALTH DEPARTMENT; WARDEN CHATMAN; STANLEY WILLIAMS; MS. WEST; and ROBERT TOOLE,

    Defendant.

CIVIL ACTION NO.: 6:15-cv-122

## **ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12) to which Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and Plaintiff's Objections (doc. 14) are overruled.[1]

The Court **DISMISSES** Plaintiff's claims against Defendants Georgia State Prison and Georgia State Prison Mental Health Department. Additionally, the Court **DISMISSES** Plaintiff's claims for monetary relief against Defendants in their official capacities, **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims for compensatory and punitive damages, and

---

[1] In his Objections, Plaintiff states that, due to Defendants' actions, he developed claustrophobia requiring him to be hospitalized. However, as the Magistrate Judge explained in the Report and Recommendation, plaintiff must show a physical injury in order to recover compensatory or punitive damages. (Doc. 12, pp. 6–7 (citing 42 U.S. § 1997e(e)). Plaintiff's alleged damages are the exact type of mental or emotional injury for which the Prison Litigation Reform Act prevents monetary recovery. However, the Eleventh Circuit has held that Courts should dismiss an inmate's punitive and compensatory damages claims under Section 1997e(e) without prejudice to allow an inmate to refile his claims when and if he is released. Harris v. Garner, 216 F. 3d 970, 980 (11th Cir. 2004). Accordingly, the Court dismisses Plaintiff's claims for compensatory and punitive damages without prejudice.

**DISMISSES** his due process claims. The Court also **DENIES** Plaintiff's Motion for an Immediate Injunction, (doc. 11). Plaintiff's remaining claims regarding denial of access to medical care shall proceed against Defendants Warden Chatman, Stanley Williams, Robert Toole, and Ms. West, Mental Health Director of Georgia State Prison.

**SO ORDERED**, this  18th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA